# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NOS. 07-689-10 |
| V. | : |
| ROBERT DUNPHY | : |

### O R D E R

AND NOW, this 23rd day of January 2019, upon consideration of Defendant's *pro se* Motion for Early Termination of Supervised Release (Doc. No. 701) and the Government's response thereto (Doc. No. 705), it is hereby **ORDERED** that the motion is **DENIED** as premature.

**IT IS SO ORDERED.**

BY THE COURT:

Cynthia M. Rufe, J.

_____
HON. CYNTHIA M. RUFE, J.
United States District Court Judge